IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW MCDONALD,** | : | **CIVIL NO. 1:13-CV-0117** |
| Plaintiff | : | |
| | : | **(Judge Rambo)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

# **O R D E R**

Before the court are two reports and recommendations by the magistrate judge (Docs. 36 and 41). No objections to the reports have been filed. Upon consideration of the record before the court and the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT**:

    1) The court adopts the reports and recommendation of the magistrate judge (Docs. 36 and 41).

    2) Plaintiff's motion to enforce the settlement agreement (Doc. 32) is **DENIED**.

    3) Plaintiff's motion for summary judgment (Doc. 36) is dismissed as moot.

    4) This case remains closed.

                                                       s/Sylvia H. Rambo
                                                       SYLVIA H. RAMBO
                                                       United States District Judge

Dated: June 11, 2014.